1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6758
7       Facsimile: (415) 436-6753
        E-Mail: wilson.leung@usdoj.gov
8
    Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA          )    No. 4-12-MJ-70417
                                        )
15        v.                            )
                                        )    STIPULATION AND [PROPOSED]
16   LAROND WENDELL HARRIS,             )    ORDER REQUESTING ONE-DAY
                                        )    CONTINUANCE
17        Defendant.                    )
                                        )
18   _____   )

19        With the agreement of the parties, and with the consent of the defendant, the Court enters

20   this order vacating the preliminary hearing/arraignment scheduled for August 28, 2012, and

21   setting a new preliminary hearing/arraignment date for August 31, 2012, at 9:30 a.m., before the

22   duty magistrate judge.  The parties agree and stipulate, and the Court finds and holds, as follows:

23        1.    The defendant, Larond Wendell Harris, was charged in a complaint dated April

24   13, 2012, with one count of conspiring to distribute cocaine base, in violation of 21 U.S.C. §

25   846, one count of distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and 18

26   U.S.C. § 2, and one count of using a communication facility to facilitate narcotics trafficking, in

27   violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2.  Harris was arrested and subsequently

28   presented to the Court on or about April 19, 2012.  Ellen V. Leonida, Esq., was appointed to

1 | represent Harris.  On April 24, 2012, Harris was ordered released on a $75,000 personal

2 | recognizance bond.

3 |      2.     On or about July 27, 2012, in response to the parties' joint request, the

4 | preliminary hearing/arraignment in this matter was set for August 28, 2012.  Since the setting of

5 | the August 28, 2012 date, however, counsel for the Government has developed a scheduling

6 | conflict.  Accordingly, the Government respectfully requests a three-day continuance of the

7 | August 28, 2012 date, until August 31, 2012.  Counsel for the defendant has consented to this

8 | request.

9 |      3.     Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the

10 | August 28, 2012 preliminary hearing/arraignment date; and (b) orders that a new preliminary

11 | hearing/arraignment be scheduled for August 31, 2012.

13 | SO STIPULATED:

15 | DATED: August 23, 2012

    /s/

16 | ELLEN V. LEONIDA, ESQ.
Attorney for LAROND WENDELL HARRIS

18 | DATED: August 23, 2012

    /s/

W.S. WILSON LEUNG
Assistant United States Attorney

19 | IT IS SO ORDERED.

21 | DATED: August _24_, 2012

HON. KANDIS A. WESTMORE
United States Magistrate Judge

-2-